UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PETROLEUM MARKETING GROUP, INC. and PMG NEW JERSEY II, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>INTEGRAL, INC. and ALEX NORKIN,<br>Defendants. | Civil Action No. 18-9835 |

## ORDER OF DEFAULT JUDGMENT AND RETURN OF FUNDS DEPOSITED INTO COURT

Upon consideration of the *unopposed* motion of Plaintiffs, Petroleum Marketing Group, Inc. and PMG New Jersey II, LLC (collectively, "PMG"), though their attorneys, McCusker, Anselmi, Rosen & Carvelli, P.C., for the entry of default judgment and for return of $25,000 deposited into Court as security pursuant to Fed. R. Civ. P. 65 (c), and all papers submitted by the parties in support of or opposition to the motion, and it appearing that this Court has jurisdiction over the motion, and it appearing that notice of the motion was adequate and proper under the circumstances of this case and that no further notice is required, and upon the motion and the proceedings before the Court, and upon due deliberation, and good and sufficient cause having been shown:

IT IS on this _23d_ day of _Sept._ 2019, **ORDERED** that PMG's

1

unopposed (DE 38) motion for default judgment is GRANTED as follows:

1. Final judgment in the amount of $0 is hereby entered in favor of Petroleum Marketing Group, Inc. and PMG New Jersey II, LLC and against defendant Integral, Inc. only.

2. The $25,000 security bond previously deposited with the Court as per the Order of July 12, 2018 (ECF Document 13) by PMG shall be released to PMG immediately.

3. The Dealer Lease and Supply Agreement, dated December 1, 2015, between PMG and Integral, along with any franchise relationship between them, shall be and hereby is terminated. This order supersedes the Court's July 11, 2018 Order terminating the agreement pending final judgment. Termination shall be effective as of July 11, 2018.

4. A copy of this Order of Default Judgment shall be served on all parties within seven days. The clerk shall close the file.

THE HON. KEVIN McNULTY, U.S.D.J.